[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-12462
Non-Argument Calendar

_____

D. C. Docket No. 4:10-cr-00096-RH-WCS-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GASPAR BISHOP,
a.k.a. Nigel Humphrey,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(September 10, 2012)

Before HULL, MARTIN and HILL, Circuit Judges.

PER CURIAM:

Randolph P. Murrell, appointed counsel for Gaspar Bishop, in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  We have reviewed both counsel's brief and Bishop's response. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bishops's convictions and sentences are **AFFIRMED**.